UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  November 9, 2017                                                          Judge:  Hon. James Donato

Time:  29 Minutes

Case No.        **C-15-04916-JD**
Case Name       **Gill v. 314e Corporation**

Attorney(s) for Plaintiff(s):     Milin Chun/Maria Weitz
Attorney(s) for Defendant(s):     Robert Mittelstaedt/Christopher Lovrien/Melissa Sladden

Deputy Clerk:  Lisa Clark

Court Reporter:  JoAnn Bryce

PROCEEDINGS

Motion to Dismiss (Dkt. No. 75) - Held
Motion to Stay Discovery (Dkt. No. 74) - Held

NOTES AND ORDERS

With the agreement of the parties, the Court stays plaintiffs' claims under the Alien Tort Statute, 28 U.S.C. § 1350, pending the United States Supreme Court's decision in *Jesner v. Arab Bank, PLC*, No. 16-499 (U.S.).

The Court hears argument on defendant's motion to dismiss plaintiffs' remaining claims under the Anti-Terrorism Act, and takes that portion of defendant's motion under submission. The Court will issue a written decision. The Court orders that discovery will remain stayed in the meantime.