Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Kapri Saunders (State Bar No. 313360)
ksaunders@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  415.626.3939
Facsimile:  415.875.5700

Meir Feder (N.Y. Bar No. 2420842) (*Pro Hac Vice*)
mfeder@JonesDay.com
JONES DAY
250 Vesey Street
New York, NY  10281
Telephone:  212.326.3939
Facsimile:  877.833.3939

Christopher J. Lovrien (State Bar No. 230546)
cjlovrien@JonesDay.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone:  213.489.3939
Facsimile:  213.243.2539

Attorneys for Defendant
CHEVRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Baruch Yehuda Brill, et al.,<br><br>             Plaintiff,<br><br>    v.<br><br>Chevron Corporation,<br><br>             Defendant. | Case No.  15-cv-04916-JD<br><br>**CHEVRON RESPONSE TO PLAINTIFFS' NOTICE OF INTENT NOT TO FILE THIRD AMENDED COMPLAINT AND REQUEST FOR ENTRY OF JUDGMENT**<br><br>**Judge:**         Hon. James Donato<br><br>Trial Date:    None Set |

     Contrary to plaintiffs' request for entry of judgment (ECF#102), the dismissal must be *with* prejudice.  The Court's Order (ECF#101) dismissed plaintiffs' Alien Tort Statute claims with prejudice.  As to the Antiterrorism Act claims, the Court gave plaintiffs two choices: (i) attempt to amend one last time by today; or (ii) take an appeal.   Plaintiffs have chosen the second option.  If this Court's Order is affirmed on appeal, plaintiffs should not be permitted to refile the same claims.  Thus, their ATA claims should now be dismissed, with prejudice, just as the ATS claims were.

Dated: September 4, 2018

Respectfully submitted,

Jones Day

By: /S/ Christopher J. Lovrien
     Christopher J. Lovrien

Counsel for Defendant
CHEVRON CORPORATION