UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARUCH YEHUDA ZIV BRILL, et al., Plaintiffs, v. CHEVRON CORPORATION, Defendant. | Case No.15-cv-04916-JD **JUDGMENT** |

Plaintiffs have elected to stand on the second amended complaint that was dismissed with leave to amend in part. Dkt. Nos. 101, 102. Consequently, judgment is entered in favor of defendant Chevron Corporation and against plaintiffs. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: September 12, 2018

JAMES DONATO
United States District Judge